**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARY CARR, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BG RETAIL, LLC and CALERES, INC. ,

Defendants.

Case No. 1:24-cv-12387-AK

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

COMES NOW, defendants BG Retail, LLC and Caleres, Inc. in the above-captioned matter will and hereby do move to dismiss plaintiff Mary Carr's ("Carr") first amended class action complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Defendants' Motion is made on the grounds that Carr fails to state a claim upon which relief can be granted for violation of Massachusetts Consumer Privacy in Commercial Transactions Act, General Laws chapter 93, section 105(a) (the "CPICTA") and Massachusetts Unfair and Deceptive Business Practices Act, chapter 93(A) (the "UDBPA").

This Motion is based on the supporting Memorandum of Points and Authorities and the Request for Judicial Notice filed contemporaneously herewith, the pleadings on file in this case, and any oral argument the Court may allow.

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.1(a)(2), undersigned certifies that defendants' counsel conferred telephonically with counsel for Carr on November 20, 2024 in good faith regarding the arguments asserted in defendants' motion to dismiss plaintiff's first amended class action complaint. The parties were unable to resolve the subject of this motion.

/s/ Andrew Skroback
Andrew Skroback

Dated: December 9, 2024

Respectfully submitted,
Defendants,
**BG RETAIL, LLC and CALERES, INC,**
By their attorneys,

/s/ Andrew Skroback
ANDREW SKROBACK (BBO #567863)

**NORTON ROSE FULBRIGHT US LLP**
ANDREW SKROBACK (BBO #567863)
1301 Avenue of the Americas,
New York, New York 10019-6022
Telephone: (212) 408-5540
Facsimile: (212) 318-3400
andrew.skroback@nortonrosefulbright.com

Dated: December 9, 2024

Respectfully submitted,
Defendants,
**BG RETAIL, LLC and CALERES, INC,**
By their attorneys,

/s/ Jeffrey B. Margulies
JEFFREY B. MARGULIES (CAB #126002)

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES (CAB #126002)
EVA YANG (CAB #306215)
ALEXANDRA M. PEREZ (CAB #350867)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com
alexandra.perez@nortonrosefulbright.com

***Admitted Pro Hac Vice***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on December 9, 2024.

__/s/ Andrew Skroback____
Andrew Skroback